IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT CALVIN HAYNES,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5665

Opinion filed November 7, 2014.

An appeal from the Circuit Court for Gilchrist County.
Stanley H. Griffis, III, Judge.

Nancy A. Daniels, Public Defender, A. Victoria Wiggins and Joel Arnold, Assistant Public Defenders, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.